# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2791

_____

JAMES LAMAR STRICKLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.


June 18, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108, S109, 2025 WL 1561151, *5 (Fla. Jun. 3, 2025) (stating that the holding in *Erlinger v. United States*, 602 U.S. 821 (2024), "does not apply retroactively").

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


William R. Ponall of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, and Robert Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.